UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANARDHAN GRANDHE, et al., | Case No. 1:21-mc-00059-EPG |
| Petitioners, | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE |
| v. | |
| UNITED STATES, | (ECF No. 4) |
| Respondent. | |

On July 21, 2021, Plaintiff filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 4). Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines, assign a district judge to this case for the purposes of closing the case, and then to close the case.[1]

IT IS SO ORDERED.

Dated: **July 22, 2021**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] In light of this dismissal, the Court will no longer proceed with reassigning Case No. 1:21-mc-00063 to the undersigned as discussed in the Court's July 21, 2021 order. (ECF No. 5).

1